Eastern District of Kentucky
F I L E D

MAR 29 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Case No. 2:18-cv-00002-WOB

JUNE M. JOSEPH     PLAINTIFF

v.

BILZ & ASSOCIATES, P.S.C.     DEFENDANT

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

---

The Plaintiff, June M. Joseph, and the Defendant, Bilz & Associates, P.S.C., being in agreement, it is hereby ORDERED that this action be and hereby is dismissed with prejudice and without costs, with each party to bear its own attorney's fees.

Signed By:

*William O. Bertelsman*    3/29/2018
William O. Bertelsman
United States District Judge

TENDERED BY:

DELCOTTO LAW GROUP PLLC

/s/ Michael J. Gartland
Michael J. Gartland, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
mgartland@dlgfirm.com
COUNSEL FOR PLAINTIFF
JUNE M. JOSEPH

HAVE SEEN AND AGREE:

/s/ J. Allan Cobb
J. Allan Cobb, Esq.
Cobb Law, PLLC
1303 Clear Springs Trace, Suite 100
Louisville, KY 40223
Telephone: (502) 966-7100
Facsimile: (502) 434-5900
allancobb@cobblawpllc.com
COUNSEL FOR DEFENDANT
BILZ & ASSOCIATES, P.S.C.

Pleadings USDC Action\Agreed Order of Dismissal - FV 20180326.docx